# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MERIDIAN LANDSCAPE, INC., A NEVADA CORPORATION; AND WILLIAM HUEBSCH, AN INDIVIDUAL,<br><br>        Appellants,<br>        vs.<br>RETIRE A WINNER, LLC, A NEW YORK LIMITED LIABILITY COMPANY,<br><br>        Respondent. | No. 73528<br><br>**FILED**<br><br>AUG 2 2 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Richard Scotti, District Judge
      Chasey Law Offices
      Retire A Winner, LLC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-28089